JAMES B. JONES v. SAMUEL JONES.

*Injunction—Controversy as to Ownership of a Fund—Preservation of the Fund During Suit.*

Where there is a serious controversy as to the ownership of a fund, it is
    proper to preserve it by a restraining order until the rights of the
    contestants can be determined.

This was a motion to continue a restraining order until the
hearing, heard before *Battle, J.*, at Spring Term, 1894, of
GREENE Superior Court. The defendant appealed.

*Messrs. Swift Galloway* and *J. B. Batchelor*, for plaintiff.
*George M. Lindsay*, for defendant (appellant).

PER CURIAM: The fund here in dispute stands in the place
of certain crops which the plaintiff insists belonged to him
because he was the landlord of the defendant by whom they
were raised. There being a serious controversy as to the
true ownership of these crops, and therefore of this fund, it
is proper to have it preserved till the rights of the contestants
can be determined: We see no error in the order appealed
from.                                              Affirmed.